IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRYEL LANIER WILLIAMS,

    Plaintiff,

v.                                                4:18cv143–WS/CAS

RICK SCOTT,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed January 14, 2019. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with an order of the court. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 11) is

adopted and incorporated by reference in this order of the court.

    2. The plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to prosecute and to comply with an order of the court.

    3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

    DONE AND ORDERED this   13th   day of   February  , 2019.


                          s/ William Stafford
                          WILLIAM STAFFORD
                          SENIOR UNITED STATES DISTRICT JUDGE